UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CURTIS K. JACKSON, SR.,<br>         #64794 | )<br>) | |
| Plaintiff, | )<br>) | 3:04-cv-00738-HDM-RAM |
| vs. | )<br>) | **ORDER** |
| SHERRI SCOTT, *et al.*, | )<br>) | |
| Defendants. | )<br>/ | |

On July 22, 2005, the court entered an Order dismissing plaintiff's first amended complaint without leave to amend (docket #25) and judgment was entered on July 25, 2005 (docket #27). This court's Order was vacated on November 1, 2010 (docket #34). Accordingly, plaintiff has thirty (30) days from the date of entry of this Order to file an amended complaint. Plaintiff is expressly warned that failure to comply with this Order may result in the immediate dismissal of this entire action

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** to plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983  Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed amended complaint on the form provided by this court. The amended complaint must be a complete document in and of itself, and will supersede the original complaint in its entirety. Any allegations, parties, or requests for relief

from prior papers that are not carried forward in the amended complaint will no longer be before the court.

**IT IS FURTHER ORDERED** that if plaintiff shall clearly title the amended complaint as such by placing the words "FIRST AMENDED" immediately above "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" on page 1 in the caption, and plaintiff shall place the case number, **3:04-CV-00738-HDM-RAM**, above the words "FIRST AMENDED" in the space for "Case No."

**IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff one copy of the original complaint (docket #23).

DATED:  November 29, 2010.

_____
UNITED STATES MAGISTRATE JUDGE