

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CURTIS K. JACKSON, SR.,

        Plaintiff,

vs.

SHERRI SCOTT, *et al.*,

        Defendants.

3:04-cv-00738-HDM-RAM

**ORDER**

    On March 22, 2011, plaintiff filed a motion to extend time to file his second amended complaint (docket #49). Good cause appearing, plaintiff's motion for extension of time is granted. Plaintiff shall file his second amended complaint on or before May 1, 2011.

    Plaintiff notes in his motion that he is still unclear regarding whether he has leave to amend his claims under the Americans with Disabilities Act ("ADA"). In its order of January 19, 2011, the court dismissed plaintiff's claims pursuant to the Americans with Disabilities Act ("ADA") because plaintiff set forth no allegations whatsoever that implicated the ADA (docket #44). The court did not grant plaintiff leave to amend his ADA claims. Plaintiff may, however, amend his retaliation and Fourteenth Amendment due process claims.

1       **IT IS THEREFORE ORDERED** that plaintiff's motion for extension of time to file
2 his second amended complaint (docket #49) is **GRANTED**. Plaintiff shall file his second amended
3 complaint on or before May 1, 2011.

4       DATED: March 28, 2011.

                                                          UNITED STATES MAGISTRATE JUDGE