UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| CURTIS K. JACKSON, Sr., | CASE NO.  3:04-CV-0738-HDM-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: JULY 7, 2011 |
| SHERRI SCOTT, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 9:01:09 a.m. - 9:03:57 a.m.</u>

Counsel for Plaintiff(s): <u>CURTIS K. JACKSON, Sr., In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>KELLY WERTH (telephonically)</u>

**PROCEEDINGS: MOTION HEARING**

9:01 a.m.  Court convenes.

The Court addresses the subject motions regarding service (Docket Nos. 56 and 58).  Plaintiff is advised that the Office of the Attorney General has filed under seal the last known addresses of Defendants Scott and Seals.  One of the addresses is a PO Box, and the other is unknown.  Therefore, these defendants cannot be served until better addresses are obtained, and this case will have to proceed without them.  Plaintiff indicates his understanding.

9:03 a.m.  Court adjourns.

LANCE S. WILSON, CLERK

By: <u>/s/</u>

Deputy Clerk