```
           FILED          ____ RECEIVED
      ____ ENTERED        ____ SERVED ON
                          COUNSEL/PARTIES OF RECORD

              OCT 13 2011

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
      BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS K. JACKSON, | 3:04-cv-00738-HDM-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| JOYCE THOMPSON, ROBERT LeGRAND, | |
| Defendant(s). | |

On July 7, 2011, a Minute Order (Doc. #65) was issued advising the parties that defendants Scott and Seals cannot be served "until better addresses are obtained." The Court stated that this case "will have to proceed without them." The record reflected that "Plaintiff indicates his understanding."

Because more than 120 days have passed since the filing of Plaintiff's Second Amended Complaint without service of process having been effected on defendants Scott and Seal (Doc. #53, 5/2/11), plaintiff's Second Amended Complaint is therefore **DISMISSED** as to defendants Scott and Seals. Fed. R. Civ. P. 4(m).

DATED: October 12, 2011

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE