**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CURTIS JACKSON, SR., | ) | 3:04-cv-00738-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SHERRI SCOTT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On November 24, 2012, the court held a telephonic status conference for this case. The plaintiff did not appear telephonically at the conference and has not responded to the order to show cause issued by the court at that hearing. The time for the plaintiff to respond has expired.

Accordingly, it is hereby ordered that the plaintiff appear telephonically on December 27, 2012 at 10:00am to show cause why this action should not be dismissed for failure to prosecute. Notice of this order shall be sent to the plaintiff at his last known address: 1900 Sherman Avenue Apt. #503 Evanston, IL 60201. The clerk of the court shall attempt to join the plaintiff

1

telephonically at the phone number he provided the court: (224)800-4555. Participants shall call AT&T no later than 5 minutes prior to the hearing at 1 (877) 336-1839 and provide Access Code 3246567 and Security Code 0144.

**IT IS SO ORDERED.**
DATED: This 20th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE